JAMES C. NIELSEN (111889)
  jnielsen@nielsenhaley.com
THOMAS H. NIENOW (136454)
  tnienow@nielsenhaley.com
NIELSEN, HALEY & ABBOTT LLP
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for Plaintiff and Counterdefendant
PENN-STAR INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY, *a Pennsylvania corporation,*<br><br>Plaintiff,<br><br>v.<br><br>THE CADEN COMPANIES, INC., dba BELLY BANDIT, *a California Corporation*, LORI CADEN, *an individual*, JODI CADEN, *an individual*, and CARMEN PULIDO, *an individual*.<br><br>Defendants.<br><br>AND COUNTERCLAIM | No. 2:17-cv-02369-AB-PLAx<br><br>[P~~ROPOSED~~] JUDGMENT.<br><br><br><br><br><br><br><br><br><br>Date: December 15, 2017<br>Time: 10:00 a.m.<br>Courtroom 7B, First Street Courthouse<br>HONORABLE ANDRÉ BIROTTE, JR. |

Plaintiff and counterdefendant Penn-Star Insurance Company's motion for summary judgment came on regularly for hearing on December 15, 2017, at 10:00 a.m., Honorable André Birotte, Jr., presiding. The Court, having read and considered the moving and opposing papers and oral argument of counsel, and good cause appearing, has for the reasons set forth in the Order filed concurrently herewith granted Penn-Star's motion for summary judgment.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:

Penn-Star has no duty to defend or indemnify defendants and counterclaimants The Caden Companies, Inc., Lori Caden, or Jodi Caden, collectively "Caden," or defendant Carmen Pulido in connection with the underlying litigation styled *JKL IP Company, LLC, The Caden Company, etc. v. Creative Forces Group, Inc.*, C.D. Cal., No. 2:16-cv-09065-CBM-SS, that Caden is not entitled to the judicial declarations and other remedies prayed for in its counterclaim, and that judgment is accordingly entered in favor of Penn-Star and against Caden and Pulido in this action.

Dated: December 28, 2017  By: _____
 Honorable André Birotte Jr.
 UNITED STATES DISTRICT JUDGE

SUBMITTED BY:   NIELSEN, HALEY & ABBOTT LLP

   /s/ Thomas H. Nienow
Dated: November 7, 2017  By: _____
   Thomas H. Nienow
   Attorneys for Plaintiff and Counterdefendant
   PENN-STAR INSURANCE COMPANY